JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN CARLOS ANDRADE, | Case No. CV 17-00192-R (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: July 9, 2018

_____
MANUEL L. REAL
United States District Judge